AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
FEB 27 2025
MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| United States of America<br>v.<br><br>Edgar Javier LARES-Lares<br><br>*Defendant(s)* | Case No: 25-305 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>February 24, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1)/(b)(1)(Re-Entry After Deport Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: Obscenity, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On February 24, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana, New Mexico. The Agent questioned the Defendant as to his citizenship to which the Defendant stated that he was a citizen and national of Mexico present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to Mexico via Harlingen, Texas on or about January 04, 2025. This was subsequent to a felony conviction for "Obscenity" in the state of Louisiana on or about July 15, 2024. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Saul H. Mendez, Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~. via phone.

*Judge's signature*

Date: February 27, 2025

City and state: Las Cruces, N.M.

Gregory B. Wormuth, Chief U.S. Magistrate Judge
*Printed name and title*